IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILMORE P. FLEMING,

       Plaintiff,                              CV-07-1448-MA

    v.                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.


     Based on the record and the Order for Remand filed herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is reversed and remanded pursuant to Sentence Four

of 42 U.S.C. § 405(g) for further administrative proceedings,

consistent with the order

     Dated this  <u> 17  </u>  day of November, 2008.


                         <u>  /s/  Malcolm F. Marsh   </u>
                         Malcolm F. Marsh
                         United States District Judge


1 - JUDGMENT